UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Criminal Case No: 1:23-cr-00034-JEB |
| ) | |
| ) | Judgment: Sep. 15, 2023 |
| **DAVID KRAUSS, AND** ) | |
| **NICHOLAS KRAUSS,** ) | |
| Defendants. ) | |

## MOTION TO TRAVEL

David and Nicholas Krauss, a father and his adult son, were sentenced on September 15, 2023, to a period of 9 months of probation for a non-violent petty misdemeanor offense of Parading in the Capitol Building on January 6, 2021.

In mid-October, about a month after being sentenced, the men asked their probation officers for permission to travel for David's granddaughter's, and Nick's niece's, 3rd birthday weekend celebration to the home of David's daughter, Nick's sister. The Probation Office advised that permission to travel outside the federal district within the first 60 days of probation cannot be granted without a Judge's order.

Accordingly, David and Nicholas Krauss are filing this motion with the court for **permission to travel to Belmont, North Carolina on October 27, 2023, and to return to their homes in New Jersey on October 30, 2023**. The details of the travel, as well as full address, have been provided to the probation officers as well as to counsel for the Government.

Counsel for the Government has been advised of this motion and request and stated there is no objection.

Respectfully submitted,
By Counsel:

/s/
Marina Medvin, Esq.
*Counsel for Defendant*
MEDVIN LAW PLC
916 Prince Street
Alexandria, Virginia 22314
Tel:  888.886.4127
Email: contact@medvinlaw.com

## CERTIFICATE OF SERVICE FOR CM/ECF

I hereby certify that on October 26, 2023, I will electronically file the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

/s/
Marina Medvin, Esq.